### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | CR. NO. 14-00202(ESH) |
| V. | : | |
| | : | |
| MAHAN AIR, | : | UNDER SEAL |
| HAMID ARABNEJAD, | : | |
| GHOLAM REZA MAHMOUDI, | : | |
| and ALI MOATTAR | : | |
| | : | |
| Defendant. | : | |

### MOTION TO UNSEAL INDICTMENT
### AND ARREST WARRANTS

The United States of America, by its attorney, the United States Attorney for the District of Columbia, hereby moves the Court pursuant to Fed. R. Crim. P. 6(e)(4), to unseal the Indictment and the Arrest Warrants, both of which were previously placed under seal in the above-captioned case. In support of its motion, the Government states as follows:

1. On September 30, 2014, upon consideration of a motion by the Government, the Court sealed the Indictment, any supporting documents and docket entries, and the Arrest Warrant in this case to further the legitimate prosecutorial interest of the Government to arrest the defendants prior to any attempt on their part to flee should they become aware of the impending arrests and prevent the public disclosure of the Government's ongoing criminal investigation into their activities.

2. On January 15, 2016, the government filed a motion to dismiss the Indictment and Arrest Warrants for defendants Hamid Arabnejad, Gholam Reza Mahmoudi and Ali Moattar only.

3. The basis that previously existed for the sealing of the Indictment, and the Arrest Warrants no longer exits.

## CONCLUSION

WHEREFORE, for all the foregoing reasons, the United States of America respectfully requests that the Court now issue an Order unsealing the Indictment, and the Arrest Warrants in this matter. A proposed Order is submitted herewith.

                                        Respectfully submitted,

                                        CHANNING D. PHILLIPS  
                                        UNITED STATES ATTORNEY  
                                        D.C. Bar No. 415793

By: _____  
      Brenda J. Johnson  
      Assistant United States Attorney  
      D.C. Bar No. 370737  
      Brenda.Johnson@usdoj.gov  
      202-252-7801