# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | **CR. NO. 14-00202(ESH)** |
| **V.** | : | |
| | : | |
| | : | |
| **MAHAN AIR** | : | **UNDER SEAL** |
| **HAMID ARABNEJAD,** | : | |
| **GHOLAM REZA MAHMOUDI,** | : | |
| **and ALI MOATTAR** | : | |

## ORDER

Upon consideration of the government's Motion to Unseal the Indictment and Arrest Warrants, it is hereby **ORDERED** that the government's motion is **GRANTED**,

It is further ordered that the government's original motion to seal, the accompanying Court Order, the motion to unseal, the accompanying Court Order, and associated docket entries, shall remain under seal. The Clerk of the Court shall unseal the court file with the exception of these documents and docket entries.

_____
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE

Date: January 15, 2016

Cc: Brenda J. Johnson
    Assistant United States Attorney
    National Security Section

    United States Marshal Service
    Warrant Squad