IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | CR. NO. 14-00202(ESH) |
| V. | : | |
| | : | |
| | : | |
| MAHAN AIR | : | **FILED** |
| HAMID ARABNEJAD, | : | |
| GHOLAM REZA MAHMOUDI, | : | FEB -3 2016 |
| and ALI MOATTAR | : | Clerk, U.S. District and Bankruptcy Courts |

ORDER

Upon consideration of the government's Motion to Unseal the Indictment and Arrest Warrants, it is hereby **ORDERED** that the government's motion is **GRANTED**,

It is further **ORDERED** that the Clerk of the Court shall unseal the court file.

/s/ *Ellen Segal Huvelle*
ELLEN SEGAL HUVELLE
United States District Judge

Date: February 3, 2016

Cc: Brenda J. Johnson
    Assistant United States Attorney
    National Security Section

   United States Marshal Service
   Warrant Squad